```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BURNELL HENDRICKS,

                    Plaintiff,
                                              No. 9:02-CV-1437
          v.                                  (FJS/RFT)


EPKE D. EPKE, Superintendent;
LARRY WILLIAMS, Correction Officer;
W. DAVISON, Sergeant,

                    Defendants.
_____


APPEARANCES:                         OF COUNSEL:

BURNELL HENDRICKS
Plaintiff, Pro Se
825 Morrison Avenue
1K
Bronx, New York   10473


HON. ELIOT SPITZER                   MARIA MORAN, ESQ.
Attorney General of the              Asst. Attorney General
 State of New York
Attorney for Defendants Epke
 and Davison
615 Erie Boulevard West
Suite 102
Syracuse, New York   13204
```

**FREDERICK J. SCULLIN, JR., C.D.J.:**

### DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece

filed March 7, 2005 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed March 7, 2005 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that Defendant Williams is **DISMISSED** due to Plaintiff's failure to properly and timely effectuate service; and it is further

**ORDERED**, that the Defendants Epke's and Davison's Motion for Summary Judgment is **GRANTED,** and it is further

**ORDERED**, that Plaintiff's entire Complaint is **DISMISSED**, and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of the Defendants and close this case.

**IT IS SO ORDERED.**

DATED: April 5, 2005
      Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge